Gregory D. Brown, State Bar No. 065318
Robert M. Bodzin, State Bar No. 201327
Kevin M. Larson, State Bar No. 245324
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 11th Floor
Oakland, California 94612
Telephone:     (510) 444-6800
Facsimile:      (510) 835-6666
E-Mail addresses:    gbrown@burnhambrown.com
                     rbodzin@burnhambrown.com
                     klarson@burnhambrown.com

Attorneys for Plaintiff BURNHAM BROWN,
A PROFESSIONAL LAW CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BURNHAM BROWN A PROFESSIONAL LAW CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DONALD KUNKEL, ADVANCED RECYCLING EQUIPMENT, INC. and BIO-MASS ENERGY CONCEPTS, LLC,<br><br>Defendants. | No. CV 09 4811 MMC<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>AND DIRECTIONS TO PARTIES<br><br>Complaint Filed:  October 8, 2009 |

Plaintiff BURNHAM BROWN A PROFESSIONAL LAW CORPORATION, ("Burnham Brown") hereby stipulates and respectfully requests that the Court continue the initial case management conference presently set for hearing before Hon. Judge Maxine M. Chesney on January 15, 2010.  In support of this Stipulation, Burnham Brown states as follows:

  1.  Burnham Brown filed its Complaint on October 8, 2009.

  2.  All defendants were properly served with the summons and Complaint on October 19, 2009.

3. As of the date of this stipulation is filed, no defendant has appeared in this matter.

4. As no defendant has appeared in this matter, Burnham Brown respectfully submits that good cause exists to continue the hearing date on the Case Management Conference to allow Burnham Brown to investigate all issues related to defendants failure to respond to the summons and complaint. This continuance will also conserve judicial resources and promote the interests of judicial economy.

5. There have been no previous time modifications in this case.

6. As no defendants have appeared at this time, the proposed time modification will have a no impact on the schedule for this case.

**NOW, THEREFORE,** the Burnham Brown as the sole appearing party in this matter hereby stipulates and agrees that, with the Court's approval:

1. The Case Management Conference is continued from January 15, 2010 to February 26, 2010, at 10:30 a.m., before Hon. Judge Maxine M. Chesney, and

2. All other deadlines related to the hearing are continued accordingly.

Respectfully submitted,

Dated: January 6, 2010

BURNHAM BROWN
By: /s/ Kevin Larson /s/
  GREGORY D. BROWN
  ROBERT M. BODZIN
  KEVIN M. LARSON
  Attorneys for Plaintiff BURNHAM BROWN,
  A PROFESSIONAL LAW CORPORATION

[~~PROPOSED~~] ORDER

plaintiff's request
**PURSUANT TO ~~STIPULATION~~, IT IS SO ORDERED.**

Further, plaintiff is hereby DIRECTED to file, no later than February 5, 2010, (1) a request for entry of default as to any defendant who by that date has not filed a response to the complaint, or, in the alternative, (2) a statement indicating why plaintiff should not be required to make such request.

Dated: January _7_, 2010.

_____
HON. JUDGE MAXINE M. CHESNEY

BURNHAM BROWN'S STIP. TO CONT. INITIAL CASE MGT CONFERENCE; [PROPOSED] ORDER

2

Case No. CV 09-4811 MMC