Gregory D. Brown, State Bar No. 065318
Robert M. Bodzin, State Bar No. 201327
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 11th Floor
Oakland, California 94612
Telephone: (510) 444-6800
Facsimile: (510) 835-6666
E-Mail addresses: gbrown@burnhambrown.com
rbodzin@burnhambrown.com

Attorneys for Plaintiff
BURNHAM BROWN,
a Professional Law corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BURNHAM BROWN, a Professional Law corporation, <br><br> Plaintiff, <br><br> v. <br><br> DONALD KUNKEL, ADVANCED RECYCLING EQUIPMENT, INC. and BIO-MASS ENERGY CONCEPTS, LLC, <br><br> Defendants. | No. CV 09 4811 MMC <br><br> ~~AMENDED [PROPOSED]~~ **ORDER GRANTING BURNHAM BROWN'S MOTION FOR DEFAULT JUDGMENT AS TO DONALD KUNKEL ONLY** <br><br> Date: February 19, 2010 <br> Time: 9:00 a.m. <br> Courtroom: 7 <br> Judge: Hon. Maxine Chesney <br><br> Complaint Filed: October 8, 2009 |

~~Plaintiff BURNHAM BROWN, A PROFESSIONAL LAW CORPORATION'S motion for a default judgment came on for hearing on February 19, 2010, at 9:00 a.m., in the above-entitled court, Hon. Maxine Chesney presiding.~~ Upon motion of Plaintiff BURNHAM BROWN, A PROFESSIONAL LAW CORPORATION, the Declaration of Robert M. Bodzin, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff BURNHAM BROWN, A PROFESSIONAL LAW CORPORATION is entitled to a default judgment in the amount of ___$343,265.90___,

against Defendant DONALD KUNKEL only, pursuant to Federal Rule of Civil Procedure 55. Said sum represents all outstanding legal fees owed under the January 2009 Settlement Agreement, together with prejudgment interest, ~~and costs of suit incurred to date~~.

Plaintiff's request for an award of costs is denied without prejudice to plaintiff's filing a bill of costs with the Clerk of the Court. See Civil L.R. 54-1.

DATED: February 17, 2010

HON. MAXINE CHESNEY

983765

~~AMENDED [PROPOSED]~~ ORDER GRANTING BURNHAM BROWN'S MOTION FOR DEFAULT JUDGMENT

2

Case No. CV 09 4811 MMC