1  Gregory D. Brown, State Bar No. 065318
   Robert M. Bodzin, State Bar No. 201327
2  Kevin M. Larson, State Bar No. 245324
   BURNHAM BROWN
3  A Professional Law Corporation
   P.O. Box 119
4  Oakland, California 94604
   ---
5  1901 Harrison Street, 11th Floor
   Oakland, California 94612
6  Telephone:    (510) 444-6800
   Facsimile:    (510) 835-6666
7  E-Mail addresses:    gbrown@burnhambrown.com
                        rbodzin@burnhambrown.com
8                       klarson@burnhambrown.com

9  Attorneys for Plaintiff
   BURNHAM BROWN,
10 a Professional Law corporation

11                 UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13 BURNHAM BROWN,                        No. CV 09 4811 MMC
   a Professional Law corporation,
14                                       ~~[PROPOSED]~~ JUDGMENT
                  Plaintiff,
15                                       Complaint Filed:  October 8, 2009
   v.
16
   DONALD KUNKEL, ADVANCED
17 RECYCLING EQUIPMENT, INC. and BIO-
   MASS ENERGY CONCEPTS, LLC,
18
                  Defendants.
19

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1    The Court having reviewed all papers submitted in this matter, with good cause

2  appearing, no just reason for delay and in conformance with this Court's February 17, 2010

3  Order Granting Plaintiff Burnham Brown's Motion For Default Judgment As To Donald Kunkel

4  Only, appearing as docket entry No. 20 in the above captioned matter and attached hereto as

5  Exhibit A:

6    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that JUDGMENT is

7  ordered against Defendant DONALD KUNKEL and in favor of Plaintiff BURNHAM BROWN,

8  A PROFESSIONAL LAW CORPORATION in the amount of $343,265.90.

9    IT IS SO ORDERED

10

11  DATED:   March 24, 2010

    HON. MAXINE CHESNEY

12

13

14

    991610

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

1  Gregory D. Brown, State Bar No. 065318
   Robert M. Bodzin, State Bar No. 201327
2  BURNHAM BROWN
   A Professional Law Corporation
3  P.O. Box 119
   Oakland, California 94604
4  ---
   1901 Harrison Street, 11th Floor
5  Oakland, California 94612
   Telephone:  (510) 444-6800
6  Facsimile:   (510) 835-6666
   E-Mail addresses:   gbrown@burnhambrown.com
7                      rbodzin@burnhambrown.com

8  Attorneys for Plaintiff
   BURNHAM BROWN,
9  a Professional Law corporation

10

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13 BURNHAM BROWN,                    No. CV 09 4811 MMC
   a Professional Law corporation,
14                                   ~~AMENDED [PROPOSED]~~ ORDER
                                     GRANTING BURNHAM BROWN'S
15             Plaintiff,            MOTION FOR DEFAULT JUDGMENT
                                     AS TO DONALD KUNKEL ONLY
16 v.

17 DONALD KUNKEL, ADVANCED           Date:        February 19, 2010
   RECYCLING EQUIPMENT, INC. and BIO- Time:        9:00 a.m.
18 MASS ENERGY CONCEPTS, LLC,        Courtroom:   7
                                     Judge:       Hon. Maxine Chesney
19             Defendants.
                                     Complaint Filed:  October 8, 2009

20

21      ~~Plaintiff BURNHAM BROWN, A PROFESSIONAL LAW CORPORATION'S motion~~

22 ~~for a default judgment came on for hearing on February 19, 2010, at 9:00 a.m., in the above-~~

23 ~~entitled court, Hon. Maxine Chesney presiding.~~  Upon motion of Plaintiff BURNHAM

24 BROWN, A PROFESSIONAL LAW CORPORATION, the Declaration of Robert M. Bodzin,

25 and good cause appearing:

26

27      IT IS HEREBY ORDERED that Plaintiff BURNHAM BROWN, A PROFESSIONAL

28 LAW CORPORATION is entitled to a default judgment in the amount of ___$343,265.90___,

~~AMENDED [PROPOSED]~~ ORDER GRANTING          1          Case No. CV 09 4811 MMC
BURNHAM BROWN'S MOTION FOR DEFAULT
JUDGMENT

Case 3:09-cv-04811-MMC   Document 27   Filed 03/24/10   Page 5 of 5
Case3:09-cv-04811-MMC   Document24   Filed02/19/10   Page5 of 5
Case3:09-cv-04811-MMC   Document20   Filed02/17/10   Page2 of 2

1    against Defendant DONALD KUNKEL only, pursuant to Federal Rule of Civil Procedure 55.

2    Said sum represents all outstanding legal fees owed under the January 2009 Settlement

together with

3    Agreement, prejudgment interest, and costs of suit incurred to date.

4        Plaintiff's request for an award of costs is denied without prejudice to plaintiff's

filing a bill of costs with the Clerk of the Court. See Civil L.R. 54-1.

5

6    DATED:   February 17, 2010

HON. MAXINE CHESNEY

7

983765

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AMENDED [PROPOSED] ORDER GRANTING
BURNHAM BROWN'S MOTION FOR DEFAULT
JUDGMENT

2

Case No. CV 09 4811 MMC